# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

---

ELIZA M. BAILEY, RESPONDENT, *v.* LILIAN A. LEE, IMPLEADED WITH OTHERS, APPELLANT.

*Amendments to complaint — power of court to allow — Code of Civil Procedure, section 723.*

APPEAL from an order of Special Term, allowing an amendment to the complaint and *lis pendens* in this action.

The action was brought to foreclose a mortgage given by the defendant Lee. The complaint was served upon Lee June 19, 1877. On the 21st of June an order was made allowing the plaintiff to amend the summons, complaint and *lis pendens*, by adding the name of Somers S. Parsons as a defendant. On November 27, 1877, a further order was made allowing the plaintiff to amend the complaint by inserting therein appropriate allegations to charge Parsons with the payment of a deficiency, he having purchased the land from Lee and assumed, in the deed, the payment of the mortgage. Upon appeal from this order, the appellant claimed that the court had no power to amend the complaint by inserting an entirely new cause of action, citing *Van Syckels* v. *Perry* (3 Robt., 621); *Woodruff* v. *Dickie* (5 id., 619); and *Gowdy* v. *Poullain* (2 Hun, 218).

The court, at General Term, said:

"The order was fully authorized by section 723 of the Code of Civil Procedure. The allowance of such an amendment involved the exercise of discretion, and we fail to discover wherein it was not justly and judiciously exercised in this case."

*William A. Beach,* for the appellant. *Mann & Parsons,* for the respondent.

Opinion by INGALLS, P. J.; POTTER, J., concurred.

Order affirmed, with costs.